UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -x
                                   :
UNITED STATES OF AMERICA           :     **SEALED**
                                   :     **INDICTMENT**
     -v-                           :
                                   :     07 Cr.
ENRIQUE BRAVO,                     :
     a/k/a "Ricky,"                :     **07 CRIM. 448**
                                   :
          Defendant.               :
- - - - - - - - - - - - - - - - -x

USLC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED MAY 21 2007

## COUNT ONE

     The Grand Jury charges:

     1.   From at least in or about March 2004, up to and
including in or about September 2006, in the Southern District of
New York and elsewhere, ENRIQUE BRAVO, a/k/a "Ricky," the
defendant, and others known and unknown, unlawfully,
intentionally, and knowingly did combine, conspire, confederate,
and agree together and with each other to violate the narcotics
laws of the United States.

     2.   It was a part and an object of the conspiracy that
ENRIQUE BRAVO, a/k/a "Ricky," the defendant, and others known and
unknown, would and did distribute, and possess with intent to
distribute, a controlled substance, to wit, five kilograms and
more of mixtures and substances containing a detectable amount of
cocaine, in violation of Sections 812, 841(a)(1), and
841(b)(1)(A) of Title 21 of the United States Code.

<u>Overt Acts</u>

3.   In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a.   On or about February 1, 2005, a co-conspirator not named as a defendant herein ("CC-1") picked up cocaine secreted inside stereo speakers from the home of ENRIQUE BRAVO, a/k/a "Ricky," the defendant.

b.   In or about 2005, a co-conspirator not named as a defendant herein ("CC-2") received a delivery of cocaine in New York, New York.

(Title 21, United States Code, Section 846.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

ENRIQUE BRAVO,
a/k/a "Ricky,"

**Defendant.**

### INDICTMENT

07 CR _____

(Title 21, United States Code, Section 846)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

5-21-07 Filed Indictment Under Seal. A/W issued.
Pitman
U.S.M.J.