ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

       - v. -                   :   ORDER

ENRIQUE BRAVO,                    :   07 Cr. 448
    a/k/a "Ricky,"
                                  :
               Defendant.
- - - - - - - - - - - - - - - - -X

       Upon application of the United States of America, by and through Assistant United States Attorney Eugene Ingoglia, it is hereby ORDERED that Indictment 07 Cr. 448, which was filed under seal on or about May 21, 2007, be and hereby is unsealed.

SO ORDERED:

Dated:   New York, New York
        August 6, 2007

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE
                                                    SOUTHERN DISTRICT OF NEW YORK

                                                    KEVIN NATHANIEL FOX
                                                    United States Magistrate Judge
                                                    Southern District of N...

AUG 0 6 2007