OCT-31-2007(WED) 14:48   DONALDSON, CHILLIEST   (FAX)2127224966   P.002/002

| Xavier R. Donaldson<br>Anthony S. Chilliest<br>Erika McDaniel Edwards*<br>Thomas B. Donaldson<br>*Member NY, NJ & GA Bars | **DONALDSON, CHILLIEST & McDANIEL, LLP**<br>Attorneys at Law<br>103 East 125th Street, Suite 1102<br>New York, New York 10035<br>Telephone: (212) 722-4900<br>Facsimile: (212) 722-4966 | Ozro Thaddeus Wells<br>Of Counsel<br>622 Bloomfield Avenue, lower level<br>Bloomfield, New Jersey 07003<br>(973) 743-4700 |

October 30, 2007

**VIA FACSIMILE 212-613-2490**

Honorable Loretta A. Preska
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10/31/07

Re:   *United States v. Enrique Bravo*
      07 CRIM. 448

Dear Judge Preska:

I represent Enrique Bravo in the above referenced matter. Mr. Bravo works as a music and concert producer. I write to request the court's permission for Mr. Bravo to travel from his residence in Wimberly, Texas to South Padre Island, Texas, on November 1, 2007 and returning to his residence on November 5, 2007. The purpose of Mr. Bravos travel is to produce a concert. While in South Padre Island, Texas Mr. Bravo will be staying at the Sheraton South Padre Island Beach Hotel & Condominiums.

Furthermore, because Mr. Bravo's job as a music concert producer requires consistent and continuous travel through out the state of Texas we are requesting that his travel restrictions be modified to include the entire state of Texas.

We have received consent for this application from the government and from Mr. Bravos Pretrial Services Officer, Stacie Salinas.

If there are any questions or additional information needed, please contact me. Thank you in advanced for your considerations for these requests.

Sincerely,

Xavier R. Donaldson

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
October 31, 2007