U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 10, 2007

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Enrique Bravo, 07 Cr. 448 (LAP)

Dear Judge Preska:

① The Government writes, after conferring with defense counsel and speaking with your Deputy, to request an adjournment of the conference scheduled for December 11, 2007, at 4:00 p.m., and reschedule it for February 7, 2007 at 4:00 p.m.

② In the event that the Court grants this request, the Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between today and the new date. This will permit the parties to continue their discussions concerning a possible resolution of this matter, and allow the defense an opportunity to review discovery. The Government makes this request with the consent of counsel for the defendant.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

December 11, 2007

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc:  Xavier Donaldson, Esq.
     (counsel for the defendant)