U.S. Department of Justice



United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**By Fax: 212-805-7941**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APRIL 28, 2008
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

Re:   United States v. Enrique Bravo, 07 Cr. 448 (LAP)

Dear Judge Preska:

① The Government writes, after conferring with defense counsel and speaking with your Deputy, to request an adjournment of the conference scheduled for April 30, 2008, and reschedule it for May 29, 2008 at 10:00 a.m.

② In the event that the Court grants this request, the Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between today and the new date. This will permit the parties to continue their discussions concerning a possible resolution of this matter, and allow the defense an opportunity to review discovery. The Government makes this request with the consent of counsel for the defendant.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

April 30, 2008

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc:   Xavier Donaldson, Esq.
      (counsel for the defendant)
      Fax 212-722-4966