

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 24, 2008

```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____          │
│ DATE FILED: 5/28/08     │
└─────────────────────────┘
```

**By Fax: 212-805-7941**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Enrique Bravo</u>, 07 Cr. 448 (LAP)

Dear Judge Preska:

    The Government writes, after conferring with defense counsel, to request an adjournment of the conference scheduled for May 29, 2008, and reschedule it for a date convenient for the Court in July 2008. *The conference is adjourned to (1) July 10, 2008 at 11:00 am.*
    In the event that the Court grants this request, the Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between May 28 and the new (2) date. This will permit the parties to continue their discussions concerning a possible resolution of this matter, and allow the defense an opportunity to review discovery. The Government makes this request with the consent of counsel for the defendant.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*May 27, 2008*

                        Respectfully Submitted,

                        MICHAEL J. GARCIA
                        United States Attorney

                By:    _____
                        Eugene Ingoglia
                        Assistant United States Attorney
                        (212) 637-1113

cc:    Xavier Donaldson, Esq.
       (counsel for the defendant)
       Fax 212-722-4966