

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 9, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08
```

**By Fax: 212-805-7941**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Enrique Bravo, 07 Cr. 448 (LAP)

Dear Judge Preska:

The Government writes, after conferring with defense counsel, to request an adjournment of the conference scheduled for July 10, 2008, and reschedule it for a date convenient for the Court in September 2008.

In the event that the Court grants this request, the Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between July 10 and the new date. This will permit the parties to continue their discussions concerning a possible resolution of this matter, and allow the defense an opportunity to review discovery. The Government has spoken with Mr. Donaldson's office, and has been told he is on trial this week; as a result, he has not returned my call concerning the exclusion of time. However, based on my prior conversations with him, I believe he consents to the exclusion, as he has done in the past.

*The July 10 conference is adjourned to September 10, 2008 at 12:00 p.m. Time is excluded from Speedy Trial Act calculation until that date in the interests of justice.*

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

**SO ORDERED**
_Loretta A. Preska_
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

cc:   Xavier Donaldson, Esq.
(counsel for the defendant)
Fax 212-722-4966

July 9, 2008