| Xavier R. Donaldson<br>Anthony S. Chilliest<br>Erika McDaniel Edwards[A]<br>*Member NY, NJ & GA Bars | **DONALDSON, CHILLIEST & McDANIEL, LLP**<br>Attorneys at Law<br>48 East 125th Street, Suite 1102<br>New York, New York 10035<br>Telephone (212) 722-4900<br>Facsimile (212) 722-4966 | Ozro Thaddeus Wells<br>Thomas B. Donaldson<br>Of Counsel<br><br>622 Bloomfield Avenue, Iowa<br>Bloomfield, New Jersey 07<br>(973) 743-4700 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/08

August 15, 2008

**Via Facsimile (212) 805-7941**

Honorable Loretta A. Preska
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application Granted

**SO ORDERED**

*/s/ Henry Pitman/*

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
8-15-08

Re:  *United States v. Enrique Bravo*
     07 CRIM. 448

Dear Judge Preska:

    I represent Enrique Bravo in the above-referenced matter. Mr. Bravo works as a music and concert producer. I write to request the court's permission for Mr. Bravo to travel from his residence in Wimberly, Texas, to New Orleans, Louisiana, from August 15, 2008 until August 19, 2008, for a family visitation.

    I have received consent for this application from Mr. Bravo's Pretrial Services Officer, Rebecca Sahc. We have placed calls to the government and await their consent. However, because Mr. Bravo needs to leave today, we are requesting the Court's permission. Notably, the government has requested to a prior request for travel for business purposes on October 30, 2007. Furthermore, Mr. Bravo has not had any Pretrial Services violations to date.

    If there are any questions or additional information needed, please contact me. Thank you in advance for your considerations for these requests.

                              Sincerely,

                              Xavier R. Donaldson, Esq.

cc: A.U.S.A. Eugene Ingoglia