

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/08

September 9, 2008

**BY FACSIMILE**
Honorable Loretta A. Preska
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    United States v. Banky Adebanjo, 07 Cr. 816 (LAP)

Dear Judge Preska:

    The Government respectfully submits this letter to request that the Court set a trial date in this matter. The parties were scheduled to appear before the Court for a conference on September 4, 2008, at 2:00 p.m., at which time the Government intended to request a trial date, as the motions calendar has passed with no motions filed and efforts to reach a disposition in the case have not been fruitful. Defense counsel did not appear at that conference. Your Honor's deputy clerk provided a proposed date of December 8, 2008, to begin the trial, which is expected to last approximately two weeks, and asked the Government to confirm that date with defense counsel and submit a letter to the Court thereafter. Since September 4, I have emailed defense counsel with this information, at the email address where I have previously communicated with him, and I have also twice attempted to reach defense counsel by telephone, succeeding in leaving a voicemail message at that number on one occasion. As of this afternoon, I have not received a response.

*[Handwritten annotation:]* Trial will commence on December 8, 2008 at 10:00 am. Counsel shall submit requested voir dire questions and requests to charge by December 1,

    Accordingly, the Government respectfully requests that the Court enter an order setting a trial in this matter to begin on December 8, 2008, and any pre-trial dates that the Court deems appropriate. The Government also respectfully requests that the time between today's date and December 8 be excluded from Speedy Trial Act calculations, in order to allow both sides adequate opportunity to prepare for trial.

*[Handwritten annotation:]* Counsel shall confer and inform the Court by letter by September 15 how they propose to proceed regarding motions in limine. Exclusion of time between now and December 8 is in the interest of justice.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Margaret Garnett
Assistant United States Attorney
(212) 637-2520

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

September 9, 2008

cc: Peter Toumbekis, Esq.