

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 8, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/08

**By Fax: 212-805-7941**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Enrique Bravo, 07 Cr. 448 (LAP)

Dear Judge Preska:

    The Government writes, after conferring with defense counsel, to request an adjournment of the conference scheduled for September 10, 2008, and reschedule it for a date convenient for the Court after the second week of October 2008.

    In the event that the Court grants this request, the Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between September 10, 2008 and the new date. This will permit the parties to continue their discussions concerning a possible resolution of this matter, and allow the defense an opportunity to review discovery. The Government has spoken with Mr. Donaldson, counsel for Mr. Bravo, and he consents to this request.

*[Handwritten: The September 10 conference is adjourned to October 21 at 10:00 am. Exclusion of time until that date is in the interests of justice]*

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc:   Xavier Donaldson, Esq.
     (counsel for the defendant)
     Fax 212-722-4966

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*September 8, 2008*